Matter of McCants-Baskin v Mack (2025 NY Slip Op 07182)

Matter of McCants-Baskin v Mack

2025 NY Slip Op 07182

Decided on December 23, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 23, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., BANNISTER, GREENWOOD, AND NOWAK, JJ.

920 CAF 25-00517

[*1]IN THE MATTER OF APRIL MCCANTS-BASKIN, PETITIONER-RESPONDENT,
vDOCK MACK, RESPONDENT-APPELLANT. (APPEAL NO. 2.)

DAVID J. PAJAK, ALDEN, FOR RESPONDENT-APPELLANT.
HAWTHORNE & VESPER, PLLC, BUFFALO (TINA M. HAWTHORNE OF COUNSEL), FOR PETITIONER-RESPONDENT. 
GARY MULDOON, ROCHESTER, ATTORNEY FOR THE CHILD. 
DEBORAH K. JESSEY, CLARENCE, ATTORNEY FOR THE CHILD. 

 Appeal from an order of the Family Court, Erie County (Thomas M. DiMillo, A.J.), dated February 14, 2025, in a proceeding pursuant to Family Court Act article 8. The order granted in part respondent's motion to settle the record on appeal. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Same memorandum as in Matter of McCants-Baskin v Mack ([appeal No. 1] — AD3d — [Dec. 23, 2025] [4th Dept 2025]).
Entered: December 23, 2025
Ann Dillon Flynn
Clerk of the Court